```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03977
   TIMOTHY J GRAY
   MARIA B GRAY                                 CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2164      SSN XXX-XX-0191

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/06/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 12/17/2007.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC      2075.00            17.72        255.72
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED             .00           .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG     17448.70             .00      17448.70
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     16383.06             .00        144.02
ADVANCED RADIOLOGY        UNSECURED         NOT FILED             .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED          2859.05             .00           .00
NATIONWIDE CREDIT SERVIC  NOTICE ONLY       NOT FILED             .00           .00
ANDERKO DENTAL            UNSECURED          2627.70             .00           .00
CAPITAL ONE               UNSECURED           893.43             .00           .00
B-REAL LLC                UNSECURED         10806.02             .00           .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED         NOT FILED             .00           .00
LVNV FUNDING LLC          UNSECURED           468.83             .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED         10828.45             .00           .00
ECAST SETTLEMENT CORP     UNSECURED          2453.09             .00           .00
ILLINOIS ORTHOPAEDIC & H  UNSECURED         NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSECURED          1119.15             .00           .00
LUTHERAN GENERAL HOSPITA  UNSECURED         NOT FILED             .00           .00
FEDERATED RTL/MARSHALL F  UNSECURED          1846.59             .00           .00
ECAST SETTLEMENT CORP     UNSECURED          1133.74             .00           .00
PARK RIDGE PEDIATRICS     UNSECURED         NOT FILED             .00           .00
SALLIE MAE                UNSECURED         NOT FILED             .00           .00
SALLIE MAE INC            UNSECURED          5813.96             .00           .00
LVNV FUNDING LLC          UNSECURED          2321.57             .00           .00
ROUNDUP FUNDING LLC       UNSECURED           264.40             .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED           266.07             .00           .00
ISAC                      UNSECURED         36560.04             .00           .00
CHICAGO MUNICIPAL EMPLOY  SECURED            1416.47            9.12         125.88
IL DEPT OF HEALTHCARE &   NOTICE ONLY       NOT FILED             .00           .00
CRESCENTIA LUCIER         DSO ARREARS       NOT FILED             .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                           1,328.84
DEBTOR REFUND             REFUND                                                .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 03977 TIMOTHY J GRAY & MARIA B GRAY
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE              19,330.00

PRIORITY                                          .00
SECURED                                     17,974.32
    INTEREST                                    26.84
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                          1,328.84
DEBTOR REFUND                                     .00
                  ---------------       ---------------
TOTALS               19,330.00              19,330.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
   Dated: 03/26/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```